# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0462.  WARREN DOUGLAS RODGERS v. THE STATE.**

In 2015, Warren Douglas Rodgers entered a negotiated plea to criminal attempt to commit a felony and three counts of aggravated battery and was sentenced to 50 years, with 25 to serve in confinement.  In July 2019, Rodgers filed his "Motion to Vacate Void Plea," which the trial court denied on August 9, 2019.  Rodgers filed his notice of appeal therefrom on September 23, 2019.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Rodgers's notice of appeal, which was filed 45 days after entry of the trial court's order, is untimely. We thus lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  12/03/2019
   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.